IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 3:13-cr-00063 |
| | ) | CHIEF JUDGE HAYNES |
| TRACEY YOUNG | ) | |
| | ) | |

*Oupsu Thurmalier GRANTED [signature] 8-22-13*

## DEFENDANT TRACEY YOUNG'S MOTION FOR PERMISSION TO TRAVEL

Comes now the defendant Tracey Young, by and through undersigned counsel, and hereby moves this Honorable Court for an order granting Ms. Young permission for the defendant to travel from her home in Los Angeles, CA to Las Vega, NV. Under the terms of her pretrial release order out of the District Court of Central California, Ms. Young is permitted only to be in that district or the Middle District of Tennessee.

Defendant has had no violations, according to U.S. Probation (pretrial services) Officer Amy Kerbeck out of the Central District of California

Undersigned telephoned Assistant U.S. Attorney Kathryn Ward about this motion, however as of this filing had no response.

Defendant would travel to and be in Las Vegas on August 23-25. The purpose of the trip is a personal vacation.