IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 3:13-cr-00063-5 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| TRACEY YOUNG | ) | |

### ORDER

The plea hearing in this action currently set for Friday, February 21, 2014 at 2:30 p.m. is reset for **Friday, February 21, 2014 at 10:30 a.m.**.

It is so **ORDERED**.

ENTERED this the 5 day of February, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court