IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 3:13-cr-00063 |
| | ) | CHIEF JUDGE HAYNES |
| TRACEY YOUNG | ) | |
| | ) | |

**ORDER**

This motion is GRANTED provided the defendant first pays for travel fees ordered by the movement in this action. All other restrictions apply.

3-6-14

## DEFENDANT TRACEY YOUNG'S MOTION FOR PERMISSION TO TRAVEL

Comes now the defendant Tracey Young, by and through undersigned counsel, and hereby moves this Honorable Court for an order granting Ms. Young permission for the defendant to travel from her home in Los Angeles, CA to Las Vegas, NV. Under the terms of her pretrial release order out of the District Court of Central California, Ms. Young is permitted only to be in that district or the Middle District of Tennessee.

Defendant has had no violations of her pretrial release.

Undersigned telephoned Assistant U.S. Attorney Kathryn Ward Booth about this motion; however, as of this filing had no response.

Defendant would travel to and be in Las Vegas on March 6-9, 2014. The purpose of the trip is a birthday celebration.

Respectfully submitted,

s/ Travis Hawkins
Travis Hawkins, #17395
THE HAWKINS LAW FIRM, PLLC
Attorney for Tracey Young
120 Old Liberty Pike
Franklin, TN 37064
615- 599-1010